UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHLEEN BLACK-WALKER       Case No. 1:23-cv-825

    PLAINTIFF,                JUDGE BARRETT

vs.                         ANSWER OF DEFENDANT

CENTER FOR COLLABORATIVE
SOLUTIONS

    DEFENDANT.

COMES NOW Defendant, the Center for Collaborative Solutions, and for its Answer to the Amended Complaint of Plaintiff, Kathleen Black-Walker, hereby states as follows:

1. The first unnumbered paragraph is a recital indicating an Amended Complaint is being filed. No response to this paragraph is necessary or required.

2. Defendant admits to jurisdiction within this Court. Defendant denies any allegations contained in Paragraphs 1 and 2.

3. Defendant admits to this Court being the appropriate venue. Defendant denies any allegations contained in Paragraph 3.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

5. Defendant admits the statements in Paragraph 5.

6. Defendant admits that Plaintiff chose a substitute teaching assignment within a school district on August 18, 2022, and resigned her position with the Defendant on August 19, 2022. All other allegations within Paragraph 6 are denied.

7. Defendant admits Paragraphs 7 through 12.

8. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint. Defendant was not served with the original complaint.

9. Defendant admits that Plaintiff chose a substitute teaching assignment within a school district on August 18, 2022, and resigned her position with the Defendant on August 19, 2022. All other allegations within Paragraph 14 are denied.

10. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

11. Defendant denies the allegations within Paragraph 16.

12. Defendant admits that the meetings prior to August 18, 2022 with Plaintiff were virtual, and that no in-person meetings with Plaintiff occurred. All other allegations in Paragraph 17 are denied.

13. Defendant denies the allegations within Paragraph 18.

14. Defendant denies the allegations within Paragraph 19.

15. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint.

16. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 21 of Plaintiff's Amended Complaint.

17. Defendant admits the allegations within Paragraph 22.

18. Defendant denies the allegations within Paragraph 23.

19. Defendant denies the allegations within Paragraph 24.

20. Defendant admits to meeting with Plaintiff on August 19, 2022. All other allegations in Paragraph 25 are denied.

21. Defendant denies the allegations within Paragraph 26.

22. Defendant denies the allegations within Paragraph 27.

23. Defendant admits to having a conversation with Plaintiff regarding how she would handle student emergency situations. All other allegations in Paragraph 28 are denied.

24. Defendant denies the allegations within Paragraphs 29 through 32.

25. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 33 of Plaintiff's Amended Complaint.

26. Defendant denies the allegations within Paragraphs 34 through 39.

27. Paragraph 40 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

28. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 41 of Plaintiff's Amended Complaint.

29. Defendant denies the allegations within Paragraphs 42 through 47.

30. Paragraph 48 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

31. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 49 of Plaintiff's Amended Complaint.

32. Defendant denies the allegations within Paragraphs 50 through 56.

33. Paragraph 57 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

34. Paragraph 58 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

35. Defendant denies the allegations within Paragraphs 59 through 63.

36. Paragraph 64 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

37. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 65 of Plaintiff's Amended Complaint.

38. Defendant denies the allegations within Paragraphs 66 through 70.

39. Paragraph 71 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

40. Defendant with without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 72 of Plaintiff's Amended Complaint.

41. Defendant denies the allegations within Paragraphs 73 through 79.

42. Paragraph 80 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

43. Paragraph 81 is a recital and does not require a response. To the extent any response is necessary, Defendant repeats the previous responses contained in the preceding paragraphs.

44. Defendant denies the allegations within Paragraphs 82 through 86.

45. To the extent any response is necessary to the Prayer for Relief, the Defendant deny any and all allegations in this section.

46. Defendants deny each and every allegation in Plaintiff's Amended Complaint save such as are herein specifically admitted.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff failed to serve Defendant with the original complaint.

3. Qualified good faith immunity applies to Defendants in this case and there is no probable cause for the allegations contained in Plaintiff's Amended Complaint.

4. Defendants have, at all times, acted in good faith and with reasonable grounds for believing they have not violated state or federal law.

5. Defendants are entitled to immunity pursuant to ORC 2744 and/or Ohio common law.

6. Plaintiff failed in her duty to mitigate and/or minimize damages, if any.

7. Plaintiff cannot recover damages for failure to accommodate Plaintiff in violation of the ADA because Defendant consulted with Plaintiff in good faith to identify and make reasonable accommodations that would have provided Plaintiff with an effective opportunity that would not have caused an undue hardship on the operations of the Defendant, but instead Plaintiff resigned.

8. Plaintiff fails to state a prima facie case under any of the claims or causes of action she asserts.

9. If Plaintiff states a prima facie case, all conduct and actions taken on the part of the Defendant concerning the Plaintiff were wholly based on legitimate, non-discriminatory, and non-retaliatory reasons.

10. Defendant asserts all affirmative defenses contained within Civil Rules 8 and 12, as applicable.

11. Defendant reserves all rights pursuant to Civil Rule 15 to subsequently amend this pleading to raise additional and/or withdraw any of the foregoing affirmative defenses as may become necessary during the investigation and/or discovery of this action.

**WHEREFORE**, having fully answered, Defendant requests the following relief:

1. Dismissal of Plaintiff's Amended Complaint.

2. Reimbursement of Defendant's attorney fees and court costs.

3. Any and all other relief to which the court deems that Defendant is entitled.

Respectfully submitted,

/s/ Erin Wessendorf-Wortman
Erin Wessendorf-Wortman (0085635)
ENNIS BRITTON CO., L.P.A.
1714 West Galbraith Road
Cincinnati, OH 45239-4812
Telephone: (513) 421-2540
Facsimile: (513) 562-4986
ewwortman@ennisbritton.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon Plaintiff's Counsel Adam Gedling via email and U.S. Mail this 27th day of February, 2024.

/s/ Erin Wessendorf-Wortman
Erin Wessendorf-Wortman